UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRICK DERAY MINOR MCFADDEN, SR., | ) | Case No. EDCV 13-0267-GAF (DTB) |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| SAN BERNARDINO COUNTY, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff filed this pro se civil rights action on February 21, 2013, after being granted leave to proceed without the prepayment of the filing fee. On February 26, 2013, the Court dismissed the Complaint with leave to amend. As plaintiff filed to file an amended complaint, on October 22, 2013, the Court issued its Report and Recommendation wherein it recommended that Judgment be entered dismissing this action without prejudice.

On November 18, 2013, the Court received its Report and Recommendation returned as undelivered mail from the United States Postal Service with no forwarding address. Pursuant to Central District of California Local Rule 41-6,

///

plaintiff was to immediately notify the Court and counsel for defendant of any change of plaintiff's address.

Accordingly, on or before **December 13, 2013,** plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file a notice of change of address, and why the Court should not recommend that this action be dismissed for failure to prosecute and for failure to comply with the Court's Order; or (b) serve and file a notice of change of address. Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: November 20, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE