JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRICK DERAY MINOR MCFADDEN, SR., | Case No. EDCV 13-0267-GAF (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| SAN BERNARDINO COUNTY, ET AL., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 1/3/14

GARY A. FEESS
UNITED STATES DISTRICT JUDGE